## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

In the Matter of: <u>GMAC Real Estate, LLC v. Garrow Real Estate, LLC d/b/a Garrow GMAC Real Estate and Robert Garrow</u>

Case Number **07cv6803**

**JUDGE MANNING**

**MAG. JUDGE COX**

APPEARANCES ARE HEREBY FILED BY THE UND

<u>GMAC Real Estate, LLC</u>

| (A) | (B) |
|---|---|
| SIGNATURE *Thomas F. Falkenberg* | SIGNATURE |
| NAME Thomas F. Falkenberg | NAME Thomas C. Koessl |
| FIRM Williams Montgomery & John, Ltd. | FIRM Williams Montgomery & John, Ltd. |
| STREET ADDRESS 20 North Wacker Drive, Suite 2100 | STREET ADDRESS 20 North Wacker Drive, Suite 2100 |
| CITY/STATE/ZIP Chicago, Illinois 60606 | CITY/STATE/ZIP Chicago, Illinois 60606 |
| TELEPHONE NUMBER (312) 443-3200 | TELEPHONE NUMBER (312) 443-3200 |
| IDENTIFICATION NUMBER 6205289 | IDENTIFICATION NUMBER 6239337 |
| MEMBER OF TRIAL BAR? YES ✔ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ✔ |
| TRIAL ATTORNEY? YES ✔ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ✔ |
|  | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ✔ |
| (C) | (D) |
| SIGNATURE | SIGNATURE |
| NAME Eric R. Lifvendahl | NAME |
| FIRM Williams Montgomery & John Ltd. | FIRM |
| STREET ADDRESS 20 North Wacker Drive, Suite 2100 | STREET ADDRESS |
| CITY/STATE/ZIP Chicago, IL 60606 | CITY/STATE/ZIP |
| TELEPHONE NUMBER 312-443-3200 | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER 6211539 | IDENTIFICATION NUMBER |
| MEMBER OF TRIAL BAR? YES ✔ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ✔ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ✔ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

FILED
DEC 4 2007
DEC -4 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT