# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6803 | **DATE** | 12/4/2007 |
| **CASE TITLE** |  | GMAC vs. Garrow | |

**DOCKET ENTRY TEXT**

Motion hearing held. After considering arguments of counsel for the plaintiff, the court finds that the plaintiff has failed to establish that exigent circumstances exist which justify proceeding ex parte. Accordingly, the plaintiff's motion for an ex parte temporary restraining order is denied.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | rs |
|---|---|---|