27621.00BUBV/dmw/Document #: 760277

#412

**FILED**

DEC X 4 2007
DEC 4 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GMAC REAL ESTATE, LCC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. **07C 6803** |
| vs. ) | |
| ) | |
| GARROW REAL ESTATE, LLC ) | Judge **JUDGE MANNING** |
| d/b/a GARROW GMAC REAL ESTATE ) | |
| and ROBERT GARROW, ) | **MAGISTRATE JUDGE COX** |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

To:   George F. Rizik, II
      Rizik & Rizik
      8226 South Saginaw Street, Suite A
      Grand Rapids, MI 48439

You are hereby notified that we will appear in the United States District Courthouse located at 219 South Dearborn Street, Chicago, Illinois, before the following judge or other judge sitting in his stead at the place and time specified and ask for a hearing on the attached **Plaintiffs' Emergency Motion for Temporary Restraining Order**, a copy of which is attached hereto.

Judge **Manning**   Room **2125**   Date **Dec. 4, 2007**   Time **12:00**

_____
Eric F. Lifvendahl

Attorneys for the plaintiffs
WILLIAMS MONTGOMERY & JOHN LTD.
20 North Wacker Drive
Suite 2100
Chicago, IL 60606
312-443-3200

## CERTIFICATE OF SERVICE

The undersigned, a non-attorney, states that she served the foregoing **Plaintiffs' Emergency Motion for Temporary Restraining Order** upon the following attorneys, with proper postage pre-paid by mailing same in the U.S. mail chute located at Twenty North Wacker Drive, Chicago, Illinois, 60606, on the 4rd day of December, 2007:

> George F. Rizik, II
> Rizik & Rizik
> 8226 South Saginaw Street, Suite A
> Grand Rapids, MI 48439

_____
Donna M. Wrobel