AO 121 (6/90)

| TO: | |
|---|---|
| COMMISSIONER OF PATENTS AND TRADEMARKS (USPTO)<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OF DETERMINATION OF AN ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 U.S.C. 290) you are hereby advised that a court action has been filed on the following patent(s) in the U.S. District Court:

| DOCKET NO.<br>07-cv-06803 | DATE FILED<br>12/4/2007 | UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION |
|---|---|---|
| PLAINTIFFS<br>GMAC Real Estate, LLC | | DEFENDANTS<br>Garrow Real Estate, LLC et al |
| **TRADEMARK NUMBER** | **DATE OF TRADEMARK** | **HOLDER OF PATENT OR TRADEMARK** |
| 2612792 | 8/27/2007 | **GMAC Real Estate** |
| 1241435 | 6/7/1983 | **GMAC Real Estate** |
| | | |
| | | |
| | | |

In the above-entitled case, the following trademarks(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>[ ] Amendment    [ ] Answer    [ ] Cross Bill    [ ] Other Pleading | |
|---|---|---|
| **TRADEMARK NUMBER** | **DATE OF TRADEMARK** | **HOLDER OF PATENT OR TRADEMARK** |
| 1. | | |
| 2. | | |
| 3. | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT | | |
|---|---|---|
| CLERK<br>MICHAEL W. DOBBINS | (BY) DEPUTY CLERK<br>Tiana Davis | DATE<br>12/7/2007 |