UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GMAC REAL ESTATE, LCC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07 C 6803 |
| | ) | |
| GARROW REAL ESTATE, LLC | ) | |
| d/b/a GARROW GMAC REAL ESTATE | ) | Judge Manning |
| and ROBERT GARROW, | ) | |
| | ) | Magistrate Judge Cox |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2007, I served, pursuant to the Court's instructions, the materials describing the Court's Lanham Act mediation program to the following via U.S. Mail:

**PLAINTIFF**
Richard D. Ballot
Associate Counsel
GMAC ResCap
465 South Street
Suite 202
Morristown, NJ 07960

**DEFENDANT**
Robert Garrow
Garrow Real Estate, LLC
d/b/a Garrow GMAC Real Estate
8210 S. Saginaw, Suite 2
Grand Blanc, MI 48439

/s/ Eric R. Lifvendahl