AO 440 (Rev. 05/00) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

GMAC REAL ESTATE LLC

CASE NUMBER: 07 C 6803

V.

ASSIGNED JUDGE: Manning

GARROW REAL ESTATE, LLC d/b/a
GARROW GMAC REAL ESTATE and
ROBERT GARROW

DESIGNATED
MAGISTRATE JUDGE: Cox

TO: (Name and address of Defendant)

Robert Garrow and Garrow Real Estate, LLC
8210 S. Saginaw, Suite 2
Grand Blanc, MI 48439

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Eric R. Lifvendahl, Williams Montgomery & John Ltd., 20 North Wacker Drive, Suite 2100, Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DATE: DEC 05 2007

## VERIFIED RETURN OF SERVICE

State of Illinois                                    County of                                             Court

Case Number: 07C6803

Plaintiff:
**GMAC REAL ESTATE LLC**

vs.

Defendant:
**GARROW REAL ESTATE LLC DBA GARROW GMAC REAL ESTATE AND ROBERT GARROW**

For:
Eric Lifvendahl
WILLIAMS MONTGOMERY & JOHN LTD
20 North Wacker Drive
Suite 2100
Chicago, IL 60606

Received by ALLEN & HOPE AND ASSOCIATES to be served on **ROBERT GARROW, 8210 S SAGINAW ST, SUITE 2, GRAND BLANC, MI 48439**.

I, Bradley Hargrave, being duly sworn, depose and say that on the **13th day of December, 2007** at **9:10 am**, I:

**PERSONALLY SERVED** the within named person with a true copy of this **SUMMONS AND COMPLAINT and COMPLAINT and ATTACHMENTS** with the date and hour endorsed thereon by me, pursuant to State Statutes.

**Service Fee Items:**
Service Fee     $59.80
Total           $59.80

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial court in which the process was served.

State of Michigan
County of
Subscribed and Sworn to before me on the 13th day
of December, 2007 by the affiant who is personally
known to me.

_____
Notary Public
Acting in           County
My Commissions Expires:

Bradley Hargrave
Process Server

ALLEN & HOPE AND ASSOCIATES
1024 S. Grand Traverse
Flint, MI 48502
(810) 239-7788

Our Job Serial Number: 2007029083

CELISA A. ROSS
Notary Public, State of Michigan
County of Genesee
My Commission Expires May 26, 2013
Acting in the County of Genesee

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.0d