27621.00BUBV/dmw/Document #: 762368                                    #412

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GMAC REAL ESTATE, LCC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 07 C 6803 |
| ) | |
| GARROW REAL ESTATE, LLC ) | |
| d/b/a GARROW GMAC REAL ESTATE ) | Judge Manning |
| and ROBERT GARROW, ) | |
| ) | Magistrate Judge Cox |
| Defendants. ) | |

### NOTICE OF MOTION

To:   Mr. George F. Rizik, II, Rizik & Rizik, 8226 South Saginaw Street, Suite A, Grand Blanc, MI 48439

Harold E. Nelson, Esq., Nantz Litowich Smith Girard & Hamilton, 2025 E. Beltline Avenue, Suite 600, Grand Rapids, MI 49546

You are hereby notified that we will appear in the United States District Courthouse located at 219 South Dearborn Street, Chicago, Illinois, before the following judge or other judge sitting in his stead at the place and time specified and ask for a hearing on the attached Defendant's Motion for Default Judgment, a copy of which is attached hereto.

| **Judge** | **Room** | **Date** | **Time** |
|---|---|---|---|
| Judge Blanche Manning | 2125 | January 22, 2007 | 11:00 a.m. |

WILLIAMS MONTGOMERY & JOHN LTD.

By: _____
ERIC R. LIFVENDAHL

Thomas F. Falkenberg
Thomas C. Koessl
WILLIAMS MONTGOMERY & JOHN LTD.
Attorneys for Defendant Realtors
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606
312-443-3206

## AFFIDAVIT OF SERVICE BY MAIL

I hereby certify that on January 17, 2008, I electronically filed PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT and faxed and mailed to:

Mr. George F. Rizik, II, Rizik & Rizik, 8226 South Saginaw Street, Suite A, Grand Blanc, MI 48439 - (810) 953-6005

Harold E. Nelson, Esq., Nantz Litowich Smith Girard & Hamilton, 2025 E. Beltline Avenue, Suite 600, Grand Rapids, MI 49546 – via email – hal@nlsg.com

_____
Donna M. Wrobel

2