UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

GMAC Real Estate, LLC
                                 Plaintiff,

v.                                                Case No.: 1:07−cv−06803
                                                       Honorable Blanche M. Manning

Garrow Real Estate, LLC, et al.
                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 22, 2008:

      MINUTE entry before Judge Blanche M. Manning : Motion hearing held on 1/22/2008. Plaintiff's motion for default judgment [13] is entered and continued to 1/29/2008 at 11:00 AM.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.