Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6803 | **DATE** | 1/29/2008 |
| **CASE TITLE** | GMAC Real Estate, LLC vs. Garrow Real Estate, LLC, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's motion for default judgment against Garrow Real Estate LLC [13] is granted. Judgment is entered against Defendant Garrow Real Estate LLC d/b/a Garrow GMAC Real Estate and in favor of Plaintiff GMAC Real Estate, LLC on all counts, and Plaintiff is granted the relief set forth in the order of judgment. Enter Order of Judgment. Plaintiff shall file a motion on the issue of fees, and address the remaining defendant at that time.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | rs |
|---|---|---|