UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GMAC REAL ESTATE, LLC, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )    No. 07 C 6803 |
| | ) |
| GARROW REAL ESTATE, LLC | ) |
| d/b/a GARROW GMAC REAL ESTATE | )    Judge Manning |
| and ROBERT GARROW, | ) |
| | )    Magistrate Judge Cox |
|     Defendants. | ) |

**ORDER OF JUDGMENT**

This matter coming to be heard on Plaintiff, GMAC Real Estate, LLC's ("GMAC") Motion for Default Judgment Against Garrow Real Estate LLC, all parties having received notice and the Court being fully advised,

IT IS HEREBY ORDERED AND ADJUDGED AS FOLLOWS:

    1.     Judgment is entered against Defendant Garrow Real Estate LLC d/b/a Garrow GMAC Real Estate and in favor of Plaintiff GMAC Real Estate, LLC on all counts, and Plaintiff is granted the following relief:

    A.     Defendant Garrow Real Estate LLC d/b/a Garrow GMAC Real Estate is enjoined from using any and all trade and service marks of Plaintiff, including specifically "GMAC Real Estate" duly registered with the U.S. Patent and Trademark Office No. 2612792, "GMAC," "double tree and house logo" duly registered with the U.S. Patent and Trademark Office No. 1241435;

    B.     Defendant Garrow Real Estate, LLC d/b/a Garrow GMAC Real Estate is ordered to return any and all of Plaintiff's property in their possession, custody or control within 24 hours of receipt of this Order, including specifically all signs, sales literature or

material used in the sale of real estate that was obtained from GMAC or contains the GMAC name or mark; and

  C. Defendant Garrow Real Estate, LLC d/b/a Garrow GMAC Real Estate is enjoined from providing any real estate brokerage services for 10 years pursuant to the Franchise Agreement, until June 1, 2016.

Dated: 1/29/2008    ENTERED:

By: *Blanche M. Manning*
Judge Blanche M. Manning

Order Prepared by:
Eric R. Livendahl
Williams Montgomery & John Ltd.
20 N. Wacker Drive
Suite 2100
Chicago, IL 60606
Telephone: (312) 443-3230

2