#412

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GMAC REAL ESTATE, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.   07 C 6803 |
| ) | |
| GARROW REAL ESTATE, LLC ) | |
| d/b/a GARROW GMAC REAL ESTATE ) | |
| and ROBERT GARROW, ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT OF KATHY McINTYRE

I, Kathy McIntyre, being first duly sworn on oath, depose and sate as follows:

1. I am the Billing Department manager of Williams Montgomery & John, Ltd. ("WMJ").

2. I have personal knowledge of the facts contained herein and if called to testify can do so competently.

3. I am responsible for handling all of WMJ's billings and collections.

4. Attached to this affidavit are true and correct copies of WMJ's invoices to GMAC Real Estate, LLC for work on the above referenced matter by WMJ. The total billed fees and costs is $15,139.48.

Further Affiant sayeth naught.



EXHIBIT C

_____
KATHY McINTYRE

Subscribed and Sworn to before me this
8th day of February, 2008.

_____
NOTARY PUBLIC

Document #: 765533

"OFFICIAL SEAL"
DENISE E. MATHAUSER
Notary Public, State of Illinois
My Commission Expires 08/30/11

2

**Williams Montgomery & John Ltd.**
*A Firm of Trial Lawyers*

Attorneys At Law
20 North Wacker Drive
Suite 2100
Chicago, IL 60606
312-443-3200

Employer I.D. 36-2715906

STATEMENT

Mr. Richard Ballot
GMAC Home Services, LLC
465 South St., Suite 202
Morristown NJ  07960

February 7, 2008

Invoice   150023

Our Matter #   27621.00BUBV
GMAC Real Estate v. Garrow Real Estate, LLC

For Services Through February 6, 2008

Current Fees Due                                                              $3,925.00

Total Current Fees and Costs Due                                              $3,925.00

| | | | |
|---|---|---|---|
| 12/18/2007 | 149491 | $8,044.88 | |
| 01/10/2008 | 149673 | $3,169.60 | |

Total Outstanding Invoices                                                   $11,214.48

**TOTAL DUE AT THIS TIME**                                                   $15,139.48

Payment is due upon receipt...Please return this page with your payment

Page 1

**Williams Montgomery & John Ltd.**
*A Firm of Trial Lawyers*

February 7, 2008
Invoice    150023

| | |
|---|---|
| 01/03/08 | Attention to motion to default defendant in federal action. |
| | E.R. Lifvendahl                0.30 hrs. |
| 01/03/08 | Research federal law regarding default and default judgment pursuant to FRCP 55; Research ability to obtain default judgment for injunctive relief; Sufficiency of allegations of complaint on motion for a default judgment; Research docket for status of appearance. |
| | M.N. Ripani                2.30 hrs. |
| 01/03/08 | Review file materials and prepare motion for default judgment due to failure to timely respond to complaint. |
| | M.N. Ripani                3.20 hrs. |
| 01/04/08 | Attention to motion for default issues and emails. |
| | E.R. Lifvendahl                0.30 hrs. |
| 01/06/08 | Attention to emails from client regarding arbitration. |
| | E.R. Lifvendahl                0.10 hrs. |
| 01/07/08 | Analysis and revisions to motion for default; initial draft of affidavit to support damages; attention to emails from AAA. |
| | E.R. Lifvendahl                1.60 hrs. |
| 01/07/08 | Review correspondence from Ballot regarding defendant's assets and prepare response to same; discussion with E. Lifvendahl regarding discovery issues. |
| | T.F. Falkenberg                0.30 hrs. |
| 01/08/08 | Attention to emails from AAA and defendant's attorney; further draft of affidavit regarding damages. |
| | E.R. Lifvendahl                1.60 hrs. |
| 01/09/08 | Review and forward material to AAA regarding telephone conference call with arbitrator; attention to emails from AAA. |
| | E.R. Lifvendahl                0.40 hrs. |
| 01/10/08 | Analysis and revisions to memo of law regarding damages. |
| | E.R. Lifvendahl                0.50 hrs. |
| 01/14/08 | Attention to emails regarding bankruptcy. |
| | E.R. Lifvendahl                0.10 hrs. |
| 01/14/08 | Conference with ERL regarding bankruptcy and strategy for moving forward. |
| | T.F. Falkenberg                0.30 hrs. |
| 01/16/08 | Prepare revisions to motion for default judgment based upon personal bankrupty of Robert Garrow. |

**Williams Montgomery & John Ltd.**
*A Firm of Trial Lawyers*

February 7, 2008
Invoice   150023

|  |  |  |
|---|---|---|
|  | M.N. Ripani | 0.30 hrs. |
| 01/17/08 | Revise and file motion for default judgment against Garrow LLC. | |
|  | E.R. Lifvendahl | 0.80 hrs. |
| 01/22/08 | Prepare for and attend court regarding default motion; attention to service issues. | |
|  | E.R. Lifvendahl | 1.50 hrs. |
| 01/29/08 | Prepare for and attend court regarding default judgment; prepare order and forward to judge. | |
|  | E.R. Lifvendahl | 2.10 hrs. |

### BILLING SUMMARY

| Name | Title | Hours | Rate/Hr | Dollars |
|---|---|---|---|---|
| E.R. Lifvendahl | PARTNER | 9.30 | 250.00 | $2,325.00 |
| M.N. Ripani | PARTNER | 5.80 | 250.00 | $1,450.00 |
| T.F. Falkenberg | PARTNER | 0.60 | 250.00 | $150.00 |
|  | TOTALS | 15.70 |  | $3,925.00 |

Fees For Professional Services                                         $3,925.00


Total current billing for this invoice                                 $3,925.00

**PLEASE REMIT TOTAL BALANCE DUE**                                     **$15,139.48**

# Williams Montgomery & John Ltd.
*A Firm of Trial Lawyers*

**STATEMENT**

Attorneys At Law
20 North Wacker Drive
Suite 2100
Chicago, IL 60606
312-443-3200

Employer I.D. 36-2715906

Mr. Richard Ballot
GMAC Home Services, LLC
465 South St., Suite 202
Morristown, NJ  07960

January 10, 2008
Invoice    149673

Our Matter  #   27621.00BUBV
GMAC Real Estate v. Garrow Real Estate, LLC

For Services Through December 31, 2007

Invoice Summary

| | |
|---|---|
| Current Fees Due | $2,700.00 |
| Current Costs Due | $469.60 |
| Total Current Fees and Costs Due | $3,169.60 |

(see following pages for detail)

| | | |
|---|---|---|
| 12/18/2007 | 149491 | $8,044.88 |
| Total Outstanding Invoices | | $8,044.88 |

**TOTAL DUE AT THIS TIME**         **$11,214.48**

Payment is due upon receipt...Please return this page with your payment

**Williams Montgomery & John Ltd.**
*A Firm of Trial Lawyers*

Attorneys At Law
20 North Wacker Drive
Suite 2100
Chicago, Illinois 60606
312-443-3200

Employer I.D. 36-2715906

Mr. Richard Ballot
GMAC Home Services, LLC
465 South St., Suite 202
Morristown, NJ 07960

January 10, 2008
Invoice　149673

| Date | Description | Attorney | Hours |
|---|---|---|---|
| 12/03/07 | Attention to TRO issues; analysis of TRO and memorandum in support; conference call with R. Ballot and regarding TRO; draft letter to opposing counsel regarding TRO; attention to AAA correspondence. | E.R. Lifvendahl | 1.80 hrs. |
| 12/03/07 | Review client's comments and make revisions to verified complaint. | M.N. Ripani | 0.20 hrs. |
| 12/04/07 | Prepare for TRO hearing; emails with defendant's attorney; analysis of jurisdictional issues; conference call with court; conference call with defendant's attorney; attend and argue TRO. | E.R. Lifvendahl | 3.00 hrs. |
| 12/04/07 | Review list of arbitrators and compiled our approved list: Discuss with ERL regarding same. | T.F. Falkenberg | 0.30 hrs. |
| 12/06/07 | Emails with defendant's attorney regarding arbitrator and status call. | E.R. Lifvendahl | 0.20 hrs. |
| 12/07/07 | Attention to emails regarding settlement; submit arbitrators names and preliminary hearing dates to AAA. | E.R. Lifvendahl | 0.50 hrs. |
| 12/10/07 | Attention to emails from client; conference call with defendant's attorney. | E.R. Lifvendahl | 0.30 hrs. |
| 12/11/07 | Attention to emails; fill out mediation packet required by federal court in trademark cases. | E.R. Lifvendahl | 0.50 hrs. |
| 12/18/07 | Prepare for and attend conference call with AAA and defendant's counsel; research and draft conflict list and forward to AAA. | E.R. Lifvendahl | 1.80 hrs. |
| 12/19/07 | Attention to correspondence from AAA regarding pre-hearing requirements, exhibits, witnesses, etc. | | |

**Williams Montgomery & John Ltd.**
*A Firm of Trial Lawyers*

Attorneys At Law
20 North Wacker Drive
Suite 2100
Chicago, Illinois 60606
312-443-3200

Employer I.D. 36-2715906

Mr. Richard Ballot                                             January 10, 2008
GMAC Home Services, LLC                                        Invoice   149673
465 South St., Suite 202
Morristown, NJ  07960


|          | E.R. Lifvendahl | 0.60 hrs. |
|----------|----------------|-----------|
| 12/20/07 | Emails with AAA; analysis of AAA's letter regarding hearing procedure; confirm all materials sent to AAA including conflict check and arbitrators' names. | |
|          | E.R. Lifvendahl | 0.80 hrs. |
| 12/20/07 | Analysis of arbitrators' resumes for selection; email defendant's counsel regarding same. | |
|          | E.R. Lifvendahl | 0.50 hrs. |
| 12/21/07 | Attention to defendant's email; email client and defendant regarding extension request. | |
|          | E.R. Lifvendahl | 0.30 hrs. |

### BILLING SUMMARY

| Name | Title | Hours | Rate/Hr | Dollars |
|------|-------|-------|---------|---------|
| E.R. Lifvendahl | PARTNER | 10.30 | 250.00 | $2,575.00 |
| M.N. Ripani | PARTNER | 0.20 | 250.00 | $50.00 |
| T.F. Falkenberg | PARTNER | 0.30 | 250.00 | $75.00 |
| | TOTALS | 10.80 | | $2,700.00 |

Fees For Professional Services                                            $2,700.00

#### Reimbursable Costs

| 12/03/07 | U.S.D.C.: Filing of Verified Complaint/TRO | 350.00 |
|----------|--------------------------------------------|--------|
| 12/06/07 | Scott Hope, Allen & Hope Process Serving: Serving of verified complaint on defendants | 59.80 |
| 12/20/07 | Allen & Hope and Assoc.: Service fee on Robert Garrow 12/13/07 (Inv. #2007029083) | 59.80 |

Total Reimbursable Costs                                                  $469.60

Page 3

# Williams Montgomery & John Ltd.
*A Firm of Trial Lawyers*

Attorneys At Law
20 North Wacker Drive
Suite 2100
Chicago, Illinois 60606
312-443-3200

Employer I.D. 36-2715906

Mr. Richard Ballot  
GMAC Home Services, LLC  
465 South St., Suite 202  
Morristown, NJ 07960

January 10, 2008  
Invoice   149673

|  |  |
|---|---|
| Total current billing for this invoice | $3,169.60 |
| **PLEASE REMIT TOTAL BALANCE DUE** | **$11,214.48** |

# Williams Montgomery & John Ltd.
*A Firm of Trial Lawyers*

Attorneys At Law
20 North Wacker Drive
Suite 2100
Chicago, IL 60606
312-443-3200

Employer I.D. 36-2715906

**STATEMENT**

Mr. Richard Ballot
GMAC Home Services, LLC
465 South St., Suite 202
Morristown, NJ 07960

December 18, 2007

Invoice   149491

Our Matter #   27621.00BUBV
GMAC Real Estate v. Garrow Real Estate, LLC

For Services Through November 30, 2007

Invoice Summary

| | |
|---|---|
| Current Fees Due | $7,850.00 |
| Current Costs Due | $194.88 |
| Total Current Fees and Costs Due | $8,044.88 |

(see following pages for detail)

**TOTAL DUE AT THIS TIME**                               $8,044.88

Payment is due upon receipt...Please return this page with your payment

Page 1

# Williams Montgomery & John Ltd.
*A Firm of Trial Lawyers*

Attorneys At Law
20 North Wacker Drive
Suite 2100
Chicago, Illinois 60606
312-443-3200

Employer I.D. 36-2715906

Mr. Richard Ballot                                              December 18, 2007
GMAC Home Services, LLC                                         Invoice   149491
465 South St., Suite 202
Morristown, NJ  07960

| Date | Description | Attorney | Hours |
|---|---|---|---|
| 10/19/07 | Attention to new matter and Notice of Termination letter. | E.R. Lifvendahl | 0.20 hrs. |
| 10/22/07 | Initial analysis of file; initial draft of arbitration demand; email client regarding AAA fees. | E.R. Lifvendahl | 2.80 hrs. |
| 10/29/07 | Attention to emails regarding settlement and/or sale. | E.R. Lifvendahl | 0.20 hrs. |
| 10/31/07 | Response to client email; analysis of file and finalize demand including adding new counts; forward same to client for review. | E.R. Lifvendahl | 2.00 hrs. |
| 11/06/07 | Attention to emails regarding filing fees. | E.R. Lifvendahl | 0.20 hrs. |
| 11/09/07 | Analysis of demand and attention to filing. | E.R. Lifvendahl | 0.80 hrs. |
| 11/12/07 | Attention to email and attachments regarding continuing use of marks. | E.R. Lifvendahl | 0.20 hrs. |
| 11/13/07 | Conference call with defendant's attorney; attention to emails regarding injunctive relief; forward material to defendant's attorney; analysis of prior offer and other issues. | E.R. Lifvendahl | 1.30 hrs. |
| 11/15/07 | Emails with defendant's attorney regarding applicable AAA rules and settlement; analysis of information from AAA regarding status conference; conference call with B. Applebaum regarding Woodwardside GMAC deal; conference call with R. Ballot regarding Woodwardside. | E.R. Lifvendahl | 1.20 hrs. |
| 11/16/07 | Analysis of documents regarding GMAC approval of Woodwardside sale; emails with Woodwardside GMAC counsel. | | |

# Williams Montgomery & John Ltd.
*A Firm of Trial Lawyers*

Attorneys At Law
20 North Wacker Drive
Suite 2100
Chicago, Illinois 60606
312-443-3200

Employer I.D. 36-2715906

Mr. Richard Ballot  December 18, 2007
GMAC Home Services, LLC  Invoice   149491
465 South St., Suite 202
Morristown, NJ  07960

|  |  |  |
|---|---|---|
|  | E.R. Lifvendahl | 0.70 hrs. |
| 11/19/07 | Conference call with B. Applebaum regarding sale of Woodwardside franchise. | |
|  | E.R. Lifvendahl | 0.20 hrs. |
| 11/23/07 | Attention to email from client regarding status of arbitration; review letter from Garrow's attorney regarding conference call. | |
|  | E.R. Lifvendahl | 0.30 hrs. |
| 11/26/07 | Emails to client, AAA and defendant's attorney; conference with T. Koessl and M. Rapani regarding TRO; attention to TRO issues, including claims and witnesses. | |
|  | E.R. Lifvendahl | 0.70 hrs. |
| 11/26/07 | Review file materials, franchise agreement in order to prepare emergency motion for temporary restraining order on use of marks. | |
|  | M.N. Ripani | 0.50 hrs. |
| 11/26/07 | Review various correspondence to Marks and discussion with E. Lifvendahl regarding strategy. | |
|  | T.F. Falkenberg | 0.20 hrs. |
| 11/27/07 | Conference regarding TRO in federal court. | |
|  | E.R. Lifvendahl | 0.20 hrs. |
| 11/27/07 | Prepare emergency motion for a temporary restraining order, memorandum in support of temporary restraining order, verified complaint and affidavit for GMAC employee who took photographs; conversations with same. | |
|  | M.N. Ripani | 7.50 hrs. |
| 11/27/07 | Review and revise complaint, motion for TRO and affidavit. | |
|  | T.C. Koessl | 1.00 hrs. |
| 11/28/07 | Attention to TRO issues. | |
|  | E.R. Lifvendahl | 0.10 hrs. |
| 11/28/07 | Complete memorandum in support of TRO; Continue to revise emergency motion for | |

# Williams Montgomery & John Ltd.
*A Firm of Trial Lawyers*

Attorneys At Law
20 North Wacker Drive
Suite 2100
Chicago, Illinois 60606
312-443-3200

Employer I.D. 36-2715906

Mr. Richard Ballot                                          December 18, 2007
GMAC Home Services, LLC                                     Invoice   149491
465 South St., Suite 202
Morristown, NJ  07960

|  |  |  |
|---|---|---|
|  | TRO, affidavit of Formicola, telephone conversation with Formicola regarding affidavit, assemble appropriate exhibits for complaint. | |
|  | M.N. Ripani | 7.50 hrs. |
| 11/28/07 | Review and revise TRO pleadings, complaint, memo, motion and affidavit; Telephone conference with R. Ballot and L. Kehler; Review sales logic contracts. | |
|  | T.C. Koessl | 3.00 hrs. |
| 11/30/07 | Attention to TRO issues and emails. | |
|  | E.R. Lifvendahl | 0.30 hrs. |
| 11/30/07 | Communications with client (Kehler and Formicola) regarding revised affidavit of Formicola; make revisions to affidavit; obtain fully-executed affidavit for use in motion for TRO. | |
|  | M.N. Ripani | 0.30 hrs. |

### BILLING SUMMARY

| Name | Title | Hours | Rate/Hr | Dollars |
|---|---|---|---|---|
| E.R. Lifvendahl | PARTNER | 11.40 | 250.00 | $2,850.00 |
| M.N. Ripani | PARTNER | 15.80 | 250.00 | $3,950.00 |
| T.C. Koessl | PARTNER | 4.00 | 250.00 | $1,000.00 |
| T.F. Falkenberg | PARTNER | 0.20 | 250.00 | $50.00 |
| TOTALS |  | 31.40 |  | $7,850.00 |

Fees For Professional Services                                              $7,850.00

### Reimbursable Costs

10/30/07   Reliable Chicago: Copying costs (Inv. #CH006121)                  194.88

**Williams Montgomery & John Ltd.**
*A Firm of Trial Lawyers*

Attorneys At Law
20 North Wacker Drive
Suite 2100
Chicago, Illinois 60606
312-443-3200

Employer I.D. 36-2715906

Mr. Richard Ballot　　　　　　　　　　　　　　　　　　　　　　　December 18, 2007
GMAC Home Services, LLC　　　　　　　　　　　　　　　　　　Invoice　149491
465 South St., Suite 202
Morristown, NJ 07960

　　　　Total Reimbursable Costs　　　　　　　　　　　　　　　　　　　　$194.88


　　　　　　Total current billing for this invoice　　　　　　　　　　　　　$8,044.88

　　　　**PLEASE REMIT TOTAL BALANCE DUE**　　　　　　　　　　　**$8,044.88**