UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GMAC REAL ESTATE, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 07 C 6803 |
| ) | |
| GARROW REAL ESTATE, LLC ) | |
| d/b/a GARROW GMAC REAL ESTATE ) | Judge Manning |
| and ROBERT GARROW, ) | |
| ) | Magistrate Judge Cox |
| Defendants. ) | |

## AMENDED ORDER OF JUDGMENT

This matter coming to be heard on Plaintiff, GMAC Real Estate, LLC's ("GMAC") Motion to Amend Judgment to Include Attorney's fees and to Voluntarily Dismiss Defendant Robert Garrow, all parties having received notice and the Court being fully advised,

IT IS HEREBY ORDERED AND ADJUDGED AS FOLLOWS:

1. The Order of Judgment entered January 29, 2008 against Defendant Garrow Real Estate LLC d/b/a Garrow GMAC Real Estate and in favor of Plaintiff GMAC is amended to include attorney's fees and costs in the amount of $15,139.48.

2. Defendant Robert Garrow is voluntarily dismissed pursuant to Federal Rule of Civil Procedure 41 without prejudice.

Dated:_____     ENTERED:


By:_____
Judge Blanche M. Manning

Order Prepared by:
Eric R. Livendahl
Williams Montgomery & John Ltd.
20 N. Wacker Drive, Suite 2100
Chicago, IL 60606
Telephone: (312) 443-3230


EXHIBIT D