STATE OF ILLINOIS    )
                     ) SS
COUNTY OF C O O K    )

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2008, I served the foregoing **Notice Of Motion** and **Plaintiff's Motion to Amend Judgment to Include Attorney's Fees and to Voluntarily Dismiss Defendant Robert Garrow** upon (as indicated below):

**VIA OVERNIGHT MAIL**
Robert Garrow
Garrow Real Estate, LLC
d/b/a Garrow GMAC Real Estate
8210 S. Saginaw, Suite 2
Grand Blanc, MI 48439

**VIA OVERNIGHT MAIL**
Garrow Real Estate, LLC
c/o Robert Garrow
11343 Deepwater Point Lane
Rapid City, MI 49676

**VIA E-MAIL**
rgarrow@garrowgmac.com

/s/ Eric R. Lifvendahl