UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GMAC REAL ESTATE, LCC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07 C 6803 |
| | ) | |
| GARROW REAL ESTATE, LLC | ) | |
| d/b/a GARROW GMAC REAL ESTATE | ) | Judge Manning |
| and ROBERT GARROW, | ) | |
| | ) | Magistrate Judge Cox |
| Defendants. | ) | |

## NOTICE OF MOTION

To:  **VIA OVERNIGHT MAIL**                **VIA OVERNIGHT MAIL**
Robert Garrow                              Garrow Real Estate, LLC
Garrow Real Estate, LLC                    c/o Robert Garrow
d/b/a Garrow GMAC Real Estate              11343 Deepwater Point Lane
8210 S. Saginaw, Suite 2                   Rapid City, MI 49676
Grand Blanc, MI 48439

**VIA E-MAIL**
rgarrow@garrowgmac.com

You are hereby notified that the undersigned will appear in the United States District Courthouse located at 219 South Dearborn Street, Chicago, Illinois, before the following judge or other judge sitting in his stead at the place and time specified and ask for a hearing on the attached **Plaintiff's Motion to Amend Judgment to Include Attorney's Fees and to Voluntarily Dismiss Defendant Robert Garrow**, a copy of which is attached hereto.

| Judge | Room | Date | Time |
|---|---|---|---|
| Judge Blanche Manning | 2125 | February 14, 2008 | 11:00 a.m. |

WILLIAMS MONTGOMERY & JOHN LTD.

By:   /s/ Eric R. Lifvendahl
      ERIC R. LIFVENDAHL

Thomas F. Falkenberg
Thomas C. Koessl
Eric R. Lifvendahl
WILLIAMS MONTGOMERY & JOHN LTD.
Attorneys for Defendant Realtors
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606
312-443-3206