# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6803 | **DATE** | 2/14/2008 |
| **CASE TITLE** | GMAC Real Estate, LLC vs. Garrow Real Estate, LLC, Robert Garrow | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's motion to alter judgment to include fees [18] is denied as unnecessary. First, the judgment sought to be altered is not a final judgment since it did not dispose of all claims as to all parties. Second, attorneys' fees are collateral to the merits and thus can be awarded even after a judgment is entered. The requested fees are, however, granted as the court finds that they are reasonable, necessary, and awardable pursuant to the parties' contract. Attorneys' fees in the amount of $15,139,48 are hereby awarded to the plaintiff. Finally, the plaintiff's motion to dismiss the claims against Mr. Garrow without prejudice due to his pending bankruptcy case [18] is granted. The clerk is directed to terminate this case from the court's docket.

Docketing to mail notices.

| | Courtroom Deputy Initials: | rs |
|---|---|---|