# United States District Court
## Northern District of Illinois
### Eastern Division

GMAC Real Estate, LLC

v.

Garrow Real Estate LLC, Robert
Garrow

**JUDGMENT IN A CIVIL CASE**

Case Number: 07 C 6803

☐    Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been
tried and the jury rendered its verdict.

■    Decision by Court.  This action came to trial or hearing before the Court.  The issues
have been tried or heard and a decision has been rendered.


IT IS HEREBY ORDERED AND ADJUDGED plaintiff's motion to alter judgment to include
fees [18] is denied as unnecessary.  The requested fees are granted.  Attorneys' fees in the
amount of $15,139,48 are hereby awarded to the plaintiff.  Finally, the plaintiff's motion to
dismiss the claims against Mr. Garrow without prejudice due to his pending bankruptcy case
is granted.


Michael W. Dobbins, Clerk of Court

Date: 2/14/2008    _____

/s/ Robbie Hunt, Deputy Clerk